In the Matter of the Accounting of JAMES F. NUGENT, as Executor of JOSEPH FOX, Deceased.

JAMES F. NUGENT, as Executor, et al., Appellants; MORTIMER MAY, as Special Guardian for HELEN G. FOX, an Incompetent Person, et al., Respondents.

Submitted November 15, 1937; decided November 23, 1937.

Motion to amend remittitur denied, with ten dollars costs and necessary printing disbursements. (See 275 N. Y. 604.)

In the Matter of ALTON C. O'HARA et al., Respondents, against K. LEONARD HARWOOD et al., Constituting the Town Board and Board of Audit of the Town of Inlet, Appellants.

Submitted November 15, 1937; decided November 23, 1937.

*Frederick C. Kronmiller* for motion.
*James C. Tormey* opposed.

Motion denied, with ten dollars costs and necessary printing disbursements, on the ground an appeal lies as matter of right.